# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Tammi S Terrell**                                      Case No.  **25-50490**
                              Debtor(s)                         Chapter   **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **May  9, 2025**                    **/s/ Tammi S Terrell**
                                           **Tammi S Terrell**
                                           Signature of Debtor

```
TAMMI S TERRELL                      NAVY FCU
212 SHADY SCHOOL RD                  ATTN:  BANKRUPTCY
LAUREL, MS 39443                     PO BOX 3000
                                     MERRIFIELD, VA 22119


THOMAS C. ROLLINS, JR.               NETWORK SERVICES, INC
THE ROLLINS LAW FIRM, PLLC           ATTN: BANKRUPTCY
P.O. BOX 13767                       PO BOX 1725
JACKSON, MS 39236                    HATTIESBURG, MS 39403


CAPITAL ONE                          OKINUS, INC
ATTN: BANKRUPTCY                     ATTN: BANKRUPTCY
PO BOX 30285                         147 W RAILROAD ST, S
SALT LAKE CITY, UT 84130             PELHAM, GA 31779


COLONIAL AUTO FINANCE                SCOTT'S WRECKER SERVIC
ATTN: BANKRUPTCY                     5367 CO RD 280
1805 N 2ND ST                        VOSSBURG, MS 39366
STE 401
ROGERS, AR 72756


CREDIT ACCEPTANCE                    SELF FINANCIAL, INC.
ATTN: BANKRUPTCY                     ATTN: BANKRUPTCY
25505 WEST 12 MILE RD                515 CONGRESS AVE
STE 3000                             STE 1550
SOUTHFIELD, MI 48034                 AUSTIN, TX 78701


CRESCENT BANK                        SEZZLE
ATTN: BANKRUPTCY                     ATTN: BANKRUPTCY
PO BOX 61813                         PO BOX 3320
NEW ORLEANS, LA 70161                MINNEAPOLIS, MN 55403


CYNTHIA TERRELL                      SPEEDY CASH***
1080 SHUBUTA EUCUTTA R               ATTN: BANKRUPTCY
SHUBUTA, MS 39360                    P. O. BOX 780408
                                     WICHITA, KS 67278


FIRST PROGRESS                       SUNRISE CREDIT
ATTN: BANKRUPTCY                     ATTN: BANKRUPTCY
PO BOX 9053                          PO BOX 9004
JOHNSON CITY, TN 37615               MELVILLE, NY 11747


KIKOFF                               VERIZON WIRELESS
ATTN: BANKRUPTCY                     ATTN: BANKRUPTCY
75 BROADWAY                          500 TECHNOLOGY DR
SAN FRANCISCO, CA 94111              STE 599
                                     WELDON SPRINGS, MO 63304
```