# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50490  **Case Name:** Tammi S Terrell
**Set:** 07/08/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #21) - ORDER WITHDRAWING OBJECTION TO BE SUBMITTED BY DUNCAN

Minute Entry Re: (related document(s): [9] Confirmation Hearing) Duncan to submit an Order withdrawing the Objection filed by the Trustee [21]. Order due by 07/22/2025. Confirmation hearing removed. (mcc)