United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 25-50490-KMS

Tammi S Terrell                                                                  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 14, 2025 | Form ID: n031 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tammi S Terrell, 212 Shady School Rd, Laurel, MS 39443-9082 |
| 5494813 | + | Cynthia Terrell, 1080 Shubuta Eucutta R, Shubuta, MS 39360-9626 |
| 5494814 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 5494817 | + | Network Services, Inc, Attn: Bankruptcy, Po Box 1725, Hattiesburg, MS 39403-1725 |
| 5494819 | + | Scott's Wrecker Servic, 5367 Co Rd 280, Vossburg, MS 39366-9415 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5514965 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 14 2025 19:54:13 | AT & T Enterprise LLC aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5514964 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 14 2025 19:54:07 | AT & T Mobility aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5501501 | + | Email/Text: bankruptcy@car-mart.com | Jul 14 2025 19:36:00 | Americas Car-Mart INC, 1805 N 2nd ST STE 401, Rogers, AR 72756-2423 |
| 5507785 | | Email/Text: ebnnotifications@creditacceptance.com | Jul 14 2025 19:36:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5521279 | | Email/Text: bankruptcy@cbtno.com | Jul 14 2025 19:36:00 | Crescent Bank, P.O. Box 2829, Addison, TX 75001 |
| 5494809 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2025 19:42:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5494810 | + | Email/Text: bankruptcy@car-mart.com | Jul 14 2025 19:36:00 | Colonial Auto Finance, Attn: Bankruptcy, 1805 N 2nd St, Ste 401, Rogers, AR 72756-2423 |
| 5494811 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 14 2025 19:36:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5494812 | + | Email/Text: bankruptcy@cbtno.com | Jul 14 2025 19:37:00 | Crescent Bank, Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 5494815 | + | Email/Text: bankruptcy@kikoff.com | Jul 14 2025 19:36:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 5520151 | | Email/Text: bncmail@w-legal.com | Jul 14 2025 19:36:00 | Landmark Strategy Group, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 5494816 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 14 2025 19:37:00 | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5516861 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 14 2025 19:37:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2025 | Form ID: n031 | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| 5494818 | + Email/Text: ABENTLEY@OKINUS.COM | | |
| | | Jul 14 2025 19:36:00 | Okinus, Inc, Attn: Bankruptcy, 147 W Railroad St, S, Pelham, GA 31779-1631 |
| 5496238 | + Email/Text: newbk@Regions.com | | |
| | | Jul 14 2025 19:36:00 | Regions Bank, PO Box 10063, Birmingham AL 35202-0063 |
| 5494821 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | | |
| | | Jul 14 2025 19:36:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |
| 5494820 | + Email/Text: bankruptcy@self.inc | | |
| | | Jul 14 2025 19:36:00 | Self Financial, Inc., Attn: Bankruptcy, 515 Congress Ave, Ste 1550, Austin, TX 78701-3539 |
| 5510018 | + Email/Text: bkinfo@ccfi.com | | |
| | | Jul 14 2025 19:36:00 | Speedy Cash, Attn: Bankruptcy,, P. O. Box 780408, Wichita, KS 67278-0408 |
| 5494822 | + Email/Text: bankruptcy@sunrisecreditservices.com | | |
| | | Jul 14 2025 19:36:00 | Sunrise Credit, Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 5494823 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jul 14 2025 19:36:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | |
| | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | |
| | on behalf of Debtor Tammi S Terrell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |
| | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50490−KMS
**Chapter:** 13

**In re:**

Tammi S Terrell
fka Tammi Brewster, fka Tammi Rhodes
212 Shady School Rd
Laurel, MS 39443

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on July 14, 2025 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 14, 2025

Danny L. Miller, Clerk of Court