**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:    Tammi S Terrell, Debtor**                              **Case No. 25-50490-KMS**
                                                                                **CHAPTER 13**

**<u>MOTION TO REDUCE NOTICE TIME ON DEBTORS' MOTION</u>**

COME NOW, Debtors, by and through counsel, and moves this Court to reduce the notice time on the Debtors' Motion to Incur (Dk #30), and in support thereof, would show the Court as follows:

1. Debtor commenced this case on April 4, 2025, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor's 2023 Kia Sportage was deemed a total loss as the result of an automobile accident on May 9, 2026.

3. Debtor's insurance company, Progressive Insurance, provided for a rental car, but the period allowed for such rental has expired. Accordingly, Debtor currently has no means of transportation to and from work.

4. Debtor respectfully requests that the notice period for the Motion to Incur Debt be shortened to seven (7) days so that Debtor may promptly obtain reliable transportation to and from work.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order reducing the notice period on the Motion to Incur to seven (7) days, and for such other and further relief as may be just and proper.

Respectfully Submitted,

By: <u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Shorten Notice Time was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)