## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        **Tammi S Terrell, Debtor**                    Case No. 25-50490-KMS
                                                                                                **CHAPTER 13**

### ORDER REDUCING NOTICE TIME ON DEBTORS' MOTION

**THIS CAUSE,** having come on this date on the Motion to Reduce Notice Time on Debtor's Motion (DK #___), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

**IT IS THEREFORE ORDERED** that the Debtor's Motion to Reduce Time (Dk #___) is hereby granted. The twenty-one (21) day notice period on the Debtor' Motion to Incur (Dk #30) is shortened to a seven (7) day wait period. All other provisions of the Federal Rules of Bankruptcy Procedure and Local Rules not inconsistent with this Order shall remain in full force and effect

###END OF ORDER###

Agreed by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com