## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Tammi S Terrell, Debtor**                   **Case No. 25-50490-KMS**
                                                           **CHAPTER 13**

## <u>NOTICE</u>

Debtor has filed papers with the court to incur new debt.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 7 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: June 2, 2026            Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                               Thomas C. Rollins, Jr. (MSBN 103469)
                                               The Rollins Law Firm, PLLC
                                               P.O Box 13767
                                               Jackson, MS 39236
                                               601-500-5533
                                             trollins@therollinsfirm.com

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**          **Tammi S Terrell, Debtor**                    **Case No. 25-50490-KMS**
                                                                                                **CHAPTER 13**

## ORDER REDUCING NOTICE TIME ON DEBTORS' MOTION

**THIS CAUSE,** having come on this date on the Motion to Reduce Notice Time on Debtor's Motion (DK # 31 ), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

**IT IS THEREFORE ORDERED** that the Debtor's Motion to Reduce Time (Dk # 31 ) is hereby granted. The twenty-one (21) day notice period on the Debtor' Motion to Incur (Dk #30) is shortened to a seven (7) day wait period. All other provisions of the Federal Rules of Bankruptcy Procedure and Local Rules not inconsistent with this Order shall remain in full force and effect

### END OF ORDER###

Agreed by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Tammi S Terrell, Debtor                       Case No. 25-50490-KMS
                                                           **CHAPTER 13**

## MOTION TO INCUR NEW DEBT

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 04/04/2025.
2. Debtor is paying approximately $15,002.81 to General Unsecured Debts through the plan.
3. Debtor's 2023 Kia Sportage was deemed a total loss due to an accident on May 9, 2026.
4. Debtor wishes to borrow up to $30,000.00 to purchase a vehicle with a monthly payment no greater than $550.00 and an interest rate not to exceed 25.00%. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system.  I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TAMMI S TERRELL

CASE NO: 25-50490

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/2/2026, I did cause a copy of the following documents, described below,

Notice, Motion, Order Reducing Time

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/2/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TAMMI S TERRELL

CASE NO: 25-50490

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/2/2026, a copy of the following documents, described below,

Notice, Motion, Order Reducing Time

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-50490
SOUTHERN DISTRICT OF MISSISSIPPI
TUE JUN 2 9-51-5 PST 2026

CRESCENT BANK
PO BOX 1149
GRAPEVINE  TX 76099-1149

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

AT  T ENTERPRISE LLC AKA ATT
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

AT  T MOBILITY AKA ATT
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

AMERICAS CARMART INC
1805 N 2ND ST STE 401
ROGERS  AR 72756-2423

(P)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

COLONIAL AUTO FINANCE
ATTN BANKRUPTCY
1805 N 2ND ST
STE 401
ROGERS  AR 72756-2423

EXCLUDE

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD  MI 48034-8331

CRESCENT BANK
ATTN BANKRUPTCY
PO BOX 61813
NEW ORLEANS  LA 70161-1813

(D)CRESCENT BANK
PO BOX 1149
GRAPEVINE TX 76099-1149

CYNTHIA TERRELL
1080 SHUBUTA EUCUTTA R
SHUBUTA  MS 39360-9626

FIRST PROGRESS
ATTN BANKRUPTCY
PO BOX 9053
JOHNSON CITY  TN 37615-9053

KIKOFF
ATTN BANKRUPTCY
75 BROADWAY
SAN FRANCISCO  CA 94111-1423

(P)LANDMARK STRATEGY GROUP LLC
ATTN CO WEINSTEIN  RILEY P S
1415 WESTERN AVE
SUITE 700
SEATTLE WA 98101-2051

NAVY FCU
ATTN  BANKRUPTCY
PO BOX 3000
MERRIFIELD  VA 22119-3000

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

NETWORK SERVICES  INC
ATTN BANKRUPTCY
PO BOX 1725
HATTIESBURG  MS 39403-1725

OKINUS  INC
ATTN BANKRUPTCY
147 W RAILROAD ST  S
PELHAM  GA 31779-1631

REGIONS BANK
PO BOX 10063
BIRMINGHAM AL 35202-0063

SCOTTS WRECKER SERVIC
5367 CO RD 280
VOSSBURG  MS 39366-9415

SELF FINANCIAL  INC
ATTN BANKRUPTCY
515 CONGRESS AVE
STE 1550
AUSTIN  TX 78701-3539

(P)SEZZLE INC
BANKRUPTCY DEPARTMENT
700 NICOLLET MALL
STE 640
MINNEAPOLIS MN 55402-2050

EXCLUDE

SPEEDY CASH
ATTN BANKRUPTCY
P O BOX 780408
WICHITA  KS 67278-0408

SUNRISE CREDIT
ATTN BANKRUPTCY
PO BOX 9004
MELVILLE  NY 11747-9004

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

EXCLUDE

DEBTOR

VERIZON WIRELESS
ATTN BANKRUPTCY
500 TECHNOLOGY DR
STE 599
WELDON SPRINGS   MO 63304-2225

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

TAMMI S TERRELL
212 SHADY SCHOOL RD
LAUREL  MS 39443-9082

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON   MS 39236-3767