**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Tammi S Terrell, Debtor          Case No. 25-50490-KMS
                                                              **CHAPTER 13**

**AMENDED NOTICE**

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: June 5, 2026          Signature:  /s/ Thomas C. Rollins, Jr.
                                                   Thomas C. Rollins, Jr. (MSBN 103469)
                                                   Jennifer Ann Curry Calvillo (MSBN 104367)
                                                   The Rollins Law Firm, PLLC
                                                   P.O. Box 13767
                                                   Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Tammi S Terrell, Debtor                    Case No. 25-50490-KMS
                                                                                    CHAPTER 13

**MOTION TO MODIFY BANKRUPTCY PLAN**

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1.  Debtor commenced this case on 04/04/2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.  Debtor's 2023 Kia Sportage ("Vehicle") was declared a total loss as a result of an automobile accident on May 9, 2026.

3.  Debtor should surrender the Vehicle to the Creditor, Navy Federal Credit Union ("Creditor").

4.  Progressive ("Insurance Company") should turn over all insurance proceeds covering the Vehicle to Creditor.

5.  Creditor should transfer title of the Vehicle to Insurance Company.

6.  If any funds remain after the Vehicle is paid off, they should be turned over to Debtor to purchase a replacement vehicle.

7.  If the insurance funds do not pay the claim in full, any remaining balance shall be treated as all other General Unsecured Creditors.

8.  A Supplemental Schedule I and J (Dk #29) has been filed evidencing debtor's current income and expenses.

9.  Debtor wishes for the Trustee to adjust the plan payment to the amount necessary to cease ongoing distributions to Creditor and to continue to pay the priority and

secured claims as ordered in the confirmed Plan.

10. Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Amended Notice and Motion to Modify Plan was forwarded on June 5, 2026, to:

By USPS First Class Mail, Postage Prepaid:

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

Progressive
P.O Box 94670
Cleveland, OH 44101

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Tammi S Terrell

CASE NO: 25-50490

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 6/5/2026, I did cause a copy of the following documents, described below,

Amended Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/5/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Tammi S Terrell

CASE NO: 25-50490

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/5/2026, a copy of the following documents, described below,

Amended Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/5/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

NAVY FEDERAL CREDIT UNION
P.O. BOX 3000
MERRIFIELD VA 22119

FIRST CLASS

PROGRESSIVE
P.O BOX 94670
CLEVELAND OH 44101