MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:  Tammi S. Terrell                                    Case No.: 25-50490-KMS

_____
*Debtor(s)*                                                        Chapter:  13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
Navy Federal Credit Union _____ , a
[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

|  |
|--|
|  |

**OR**

[✔] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 06/09/2026              /s/ Jacob Zweig
                              Attorney Signature

                              Jacob Zweig                    104725
                              Attorney Name                  State Bar Number

                              1715 Aaron Brenner Drive, Suite 800
                              Address

                              Memphis, TN 38120
                              City, State, and Zip Code

                              (901) 271-0726      jzweig@evanspetree.com
                              Telephone Number    Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**