

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: July 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**TAMMI S. TERRELL**                                           **CASE NO. 25-50490 KMS**

**DEBTOR .**                                                          **CHAPTER 13**

### ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from the Automatic Stay filed by Navy Federal Credit Union (the "Motion") (Dkt. #37) and the Court having considered the facts herein, finds that the hearing on July 16, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for August 13, 2026, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841