_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 23, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Tammi S Terrell, Debtor                    Case No. 25-50490-KMS
                                                             CHAPTER 13

### ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK # 35 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtor shall surrender the 2023 Kia Sportage to the creditor the Creditor, Navy Federal Credit Union. Progressive Insurance shall turn over all insurance proceeds covering the Vehicle to Trustee. Trustee shall disburse to Navy Federal Credit Union the amount disbursed by the insurance company and if the insurance funds do not pay the claim in full, any remaining balance shall be treated as other General Unsecured Creditors. Federal Credit Union shall transfer title of the Vehicle to Progressive. If any funds remain after the Vehicle is paid off, they shall be turned over to Debtor to purchase a replacement vehicle. The bankruptcy plan payments shall be reduced to the amount necessary to cease ongoing distributions to Navy Federal Credit Union and to continue to pay the priority and secured claims as ordered in the confirmed Plan. Trustee

is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency

if it exists. Debtor must make payments as specified by modification.


##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR