United States Bankruptcy Court
Southern District of Mississippi

In re:                                                              Case No. 25-50490-KMS

Tammi S Terrell                                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tammi S Terrell, 212 Shady School Rd, Laurel, MS 39443-9082 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bncnoticing@evanspetree.com | Jul 23 2026 19:49:00 | Navy Federal Credit Union, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jacob C Zweig | on behalf of Creditor Navy Federal Credit Union jzweig@evanspetree.com mstevens@evanspetree.com;jstonecipher@evanspetree.com |
| Thomas Carl Rollins, Jr | |

District/off: 0538-6        User: mssbad        Page 2 of 2

Date Rcvd: Jul 23, 2026        Form ID: pdf012        Total Noticed: 2

on behalf of Debtor Tammi S Terrell trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

_____

**SO ORDERED,**





**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Tammi S Terrell, Debtor                Case No. 25-50490-KMS
                                                                      CHAPTER 13

### ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK # 35 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtor shall surrender the 2023 Kia Sportage to the creditor the Creditor, Navy Federal Credit Union. Progressive Insurance shall turn over all insurance proceeds covering the Vehicle to Trustee. Trustee shall disburse to Navy Federal Credit Union the amount disbursed by the insurance company and if the insurance funds do not pay the claim in full, any remaining balance shall be treated as other General Unsecured Creditors. Federal Credit Union shall transfer title of the Vehicle to Progressive. If any funds remain after the Vehicle is paid off, they shall be turned over to Debtor to purchase a replacement vehicle. The bankruptcy plan payments shall be reduced to the amount necessary to cease ongoing distributions to Navy Federal Credit Union and to continue to pay the priority and secured claims as ordered in the confirmed Plan. Trustee

is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency

if it exists. Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR