

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

IN RE:

TAMMI S. TERRELL

     Debtor.

CASE NO.  25-50490-KMS
CHAPTER 13

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY (#37)

THIS MATTER came before the Court on the Motion for Relief from Automatic Stay (Dkt.#37) filed by Navy Federal Credit Union ("NFCU"), and after notice and opportunity for hearing, with neither the Debtor nor the Chapter 13 Trustee having filed an objection to NFCU's Motion;

It is **ORDERED:**

1.      The Motion for Relief from Automatic Stay is GRANTED.

2.      The automatic stay provisions of 11 U.S.C. § 362 are terminated as to NFCU, the 2023 Kia Sportage, VIN: 5XYK33AF6PG078887 ("Vehicle"), and the proceeds thereof, so that NFCU may proceed with enforcement of its security interest in the Vehicle and proceeds thereof, including receiving and accepting insurance proceeds directly, applying the insurance proceeds to its claim, negotiating and transferring title to the remaining salvage of the Vehicle, and filing an amended proof of claim upon application of the insurance proceeds.

1

3.      This Order is entered for the sole purpose of allowing NFCU to obtain *in rem* relief against the Vehicle and that NFCU shall not seek or obtain an *in personam* judgment against the Debtor.

**##END OF ORDER##**

Submitted by:

/s/Jacob Zweig_____
Jacob Zweig (MS Bar No. 104725)
Attorney for NFCU
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726
jzweig@evanspetree.com