United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 25-50490-KMS

Tammi S Terrell                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 07, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tammi S Terrell, 212 Shady School Rd, Laurel, MS 39443-9082 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jacob C Zweig | on behalf of Creditor Navy Federal Credit Union jzweig@evanspetree.com mstevens@evanspetree.com;jstonecipher@evanspetree.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tammi S Terrell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6                     User: mssbad                              Page 2 of 2
Date Rcvd: Aug 07, 2026                  Form ID: pdf012                          Total Noticed: 1
TOTAL: 4

25-50490-KMS   Dkt 51   Filed 08/09/26   Entered 08/09/26 23:35:17   Page 2 of 4

District/off: 0538-6                     User: mssbad                              Page 2 of 2
Date Rcvd: Aug 07, 2026                  Form ID: pdf012                          Total Noticed: 1

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### GULFPORT DIVISION

IN RE:

TAMMI S. TERRELL

Debtor.

CASE NO.  25-50490-KMS
CHAPTER 13

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY (#37)**
_____

THIS MATTER came before the Court on the Motion for Relief from Automatic Stay (Dkt.#37) filed by Navy Federal Credit Union ("NFCU"), and after notice and opportunity for hearing, with neither the Debtor nor the Chapter 13 Trustee having filed an objection to NFCU's Motion;

It is **ORDERED:**

1.      The Motion for Relief from Automatic Stay is GRANTED.

2.      The automatic stay provisions of 11 U.S.C. § 362 are terminated as to NFCU, the 2023 Kia Sportage, VIN: 5XYK33AF6PG078887 ("Vehicle"), and the proceeds thereof, so that NFCU may proceed with enforcement of its security interest in the Vehicle and proceeds thereof, including receiving and accepting insurance proceeds directly, applying the insurance proceeds to its claim, negotiating and transferring title to the remaining salvage of the Vehicle, and filing an amended proof of claim upon application of the insurance proceeds.

1

3.      This Order is entered for the sole purpose of allowing NFCU to obtain *in rem* relief against the Vehicle and that NFCU shall not seek or obtain an *in personam* judgment against the Debtor.

**##END OF ORDER##**

Submitted by:

/s/Jacob Zweig_____
Jacob Zweig (MS Bar No. 104725)
Attorney for NFCU
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726
jzweig@evanspetree.com

2